6-638788
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
MAERSK INC., as agents for
A.P. MOLLER-MAERSK A/S,

Plaintiff,

- against -

ATLANTIX COMMODITIES, LLC
and ABRAHAM ROSENFELD

Defendants.

-----------------------------------------------------X



CV 15        1775

CIVIL COMPLAINT
IN ADMIRALTY

Plaintiff MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendants ATLANTIX COMMODITIES, LLC and ABRAHAM ROSENFELD, in personam, in a cause of action civil and maritime, alleges upon information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. At all times hereinafter mentioned, plaintiff MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S was and still is a corporation duly organized and existing under the laws of the State of New York with offices and a place of business at 9300 Arrowpoint Blvd., Charlotte, NC 28273.

3. Upon information and belief and at all times hereinafter mentioned, defendant ATLANTIX COMMODITIES LLC was and still is an Limited Liablity Company organized and existing under the Laws of the State of New York, with offices and a place of business at 6701 Bay Parkway, Brooklyn, N.Y. 11204, with an agent for service of process at Roth & Company, LLP, 1428 36th Street, Suite 200, Brooklyn, N.Y. 11218.

4. Upon information and belief and at all times hereinafter mentioned, defendant ABRAHAM RONSEFELD was and still is a natural person

and resident of the State of New York, residing at c/o co-defendant, and is the principal of co-defendant ATLANTIX COMMODITIES LLC.

AS AND FOR A FIRST CAUSE OF ACTION AGAINST

ATLANTIX COMMODITIES LLC

5. Plaintiff repeats, reiterates, and realleges each and every allegation contained in Paras. 1-3, supra, with the same force and effect as if fully set for herein at length.

6. On or about the dates and at the Ports of Shipment set forth in Schedule A, hereto, the Shipper delivered certain goods to Plaintiff for the purpose of having the goods carried on Plaintiff's Vessels to the Port of destination, there to be delivered to ATLANTIX and/or its agents, in consideration of payment to Plaintiff by ATLANTIX of ocean freight and related charges, and demurrage, totaling $16,970.01, as set forth in ScheduleA, hereto, Exhibits A-O.

7. Thereafter, the goods were carried to the Ports of destination and delivered to ATLANTIX and/or its agents.

8. Plaintiff has performed all acts required to be performed by Plaintiff.

9. Defendant ATLANTIX has failed and refused, and continues to fail and to refuse, to remit the $16,970.01 due, although duly demanded.

10. By reason of the foregoing, Plaintiff has been damaged in the amount of $16,970.01.

AS AND FOR A SECOND CAUSE OF ACTION AGAINST

ABRAHAM ROSENFELD

11. Plaintiff repeats, reiterates, and realleges each and every allegation contained in Paras. 1-4, and 6-10, supra, with the same force and effect as if fully set forth herein at length.

12. As the principal of co-defendant, defendant ABRAHAM ROSENFELD is jointly and severally liable for the debt incurred pursuant to Bill of Lading Terms and Conditions.

13. Plaintiff has performed all acts required to be performed by plaintiff.

14. Defendant ABRAHAM ROSENFELD has failed and refused, and continues to fail and to refuse, to remit the $16,970.01 due.

15. By reason of the foregoing, plaintiff has been damaged in the amount of $16.970.01.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated:  Philadelphia, Pennsylvania
March 20, 2014

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES


By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK INC., as agents for
A.P. MOLLER-MAERSK A/S
7 N. Columbus Blvd. #249
Philadelphia, PA. 19106
(212)696-1760

SCHEDULE A

1.  Bill of Lading No. 951826628, dated July 17, 2014 from Varna to Newark on the Vessel YIGITCAN A, one (1) forty-foot container SAID TO CONTAIN: HULLED SUNFLOWER KERNELS (Exhibit A),  with Invoice No. 5248783683 dated August 29, 2014 for Heavy Weight Service totaling $800.00 (Exhibit B), Invoice No. 5248791524 dated September 1. 2014 for Multi Stop Service totaling $1,204.00 (Ex. C) and Invoice No. 5249101935 dated November 19, 2014 for Detention totaling $11,625.00 (Ex. D).

Amount Paid: $0                        Amount Due: $13,629.00

2. Bill of Lading No. 951853139 dated July 31, 2014, from Varna to Newark on the Vessel YIGITCAN A, one (1) forty-foot container STC: HULLED SUNFLOWER KERNELS (Exhibit E), and Invoice No. 5248826630 dated September 9, 2014 for Multi Stop Service totaling $662.76 (Exhibit F), and Invoice No. 5248830077 dated September 10, 2014 for Heavy Weight Service totaling $400.00 (Ex. G).

Amount Paid: $0.00                     Amount Due: $1,062.76

3. Bill of Lading No. 951891998, dated August 1, 2104, from Varna to Newark on the Vessel YIGITCAN A, one (1) forty-foot container STC: HULLED SUNFLOWER KERNELS (Exhibit H), with Invoice No. 5248827164 dated September 9, 2014 for Multi Stop Service totaling $522.00 (Ex. I), Invoice No. 5248828951 dated September 10, 2014 for Heavy Weight Service totaling $400.00 (Ex. J), and Invoice No. 5249069177 dated November 11, 2014 for Inland Haul Waiting Time Fee totaling $56.25 (Ex. K).

Amount Paid: $0.00                    Amount Due: $978.25

    4. Bill of Lading No. 951925359, dated August 7, 2104, from Varna to Newark  on the Vessel YIGITCAN A, one (1) forty-foot container STC: HULLED SUNFLOWER KERNELS (Ex. L) with Invoice No. 5248951082 dated October 10, 2014 for Heavy Weight Service totaling $400.00 (Ex. M).

Amount Paid: $0.00                    Amount Due: $400.00

    5. Bill of Lading No. 952663825, dated December 25, 2014, from Varna to Newark, on the Vessel  YIGITCAN A, one (1) forty-foot container STC: HULLED SUNFLOWER KERNELS (Ex. N), with Invoice No. 5249361593 dated January 30, 2015 for Heavy Weight Service totaling $900.00 (Exhibit O).

Amount Paid: $0.00                    Amount Due: $900.00

III.  <u>Total Amount Due: $16,970.01</u>

# MAERSK LINE

| | | |
|---|---|---|
| **BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT** | SCAC **MAEU** | |
| | B/L No. **951826628** | |

**Shipper**
Euroconsult Ltd., Zlaten rog Str. 22, floor 2, office 3
Sofia
1407
Bulgaria

**Booking No.**
951826628

**Export references**

Svc Contract
**756445**

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Consignee** (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")
TO ORDER

**Notify Party** (see clause 22)
Atlantix Commodities
6701 Bay Park Way
Brooklyn, New York
11204, USA.

| Vessel (see clause 1 + 19) YIGITCAN A | Voyage No. 1458 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| Port of Loading Varna | Port of Discharge Newark | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) Kearny |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| SHIPPED ON BOARD YIGITCAN A \ 1458 ON 2014-07-15 AT Varna | 21500.000 KGS | 34.0000 CBM |
| 1 Container Said to Contain 936 paper bags | | |
| hulled sunflower kernels, bakery 936 paper bags x 22,68kg on 24 heat treated euro pallets, 21228.5kg net weight Batch Number: LOT NO: P1400232/3 reference number: E2013-56/P17028/8 Europack FDA Reg. No 18389773072 | | |
| MRKU3579498  ML-BG0127280  40 DRY 9'6  936 paper bags  21500.000 KGS  34.0000 CBM Customs Seal : CB2179109 | 21500.000 KGS | 34.0000 CBM |
| 1 Container Said to Contain 936 paper bags | | |
| hulled sunflower kernels, bakery 936 paper bags x 22,68kg on 24 heat treated euro pallets, 21228.5kg net weight Batch Number: LOT NO: P1400232/1 reference number: E2013-91/P17050/15 Europack FDA Reg. No 18389773072 | | |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Heavy Weight Service | 800.00 | Per Bill of Lading | USD | | 800.00 |
| Multi Stop Service | 1204.00 | Per Bill of Lading | USD | | 1204.00 |
| Total USD | | | USD | | 2004.00 |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. 4 containers | Place of Issue of B/L Sofia | |
|---|---|---|
| Number & Sequence of Original B(s)/L FOUR/4 | Date of Issue of B/L 2014-07-17 | |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time ) 2014-07-15 | |

Forwarder

Signed for the Carrier Maersk Line A/S

**MAERSK BULGARIA LIMITED**
As Agent(s)

This transport document has one or more numbered pages

EXHIBIT "A"

B/L: 951826628                                    Page :  2

MRKU3718187  ML-BG0127278  40 DRY 9'6  936 paper bags  21500.000 KGS  34.0000 CBM

Customs Seal :  CB2179106

                                                             21500.000 KGS          34.0000 CBM

1 Container Said to Contain 936 paper bags

hulled sunflower kernels, bakery
936 paper bags x 22,68kg on 24 heat treated euro pallets, 21228.5kg net w
eight
Batch Number: LOT NO: P1400232/2
reference number: E2013-91/P17050/16
Europack FDA Reg. No 18389773072

PONU7792775  ML-BG0127277  40 DRY 9'6  936 paper bags  21500.000 KGS  34.0000 CBM

Customs Seal :  CB2179430

                                                             21500.000 KGS          34.0000 CBM

1 Container Said to Contain 936 paper bags

hulled sunflower kernels, bakery
936 paper bags x 22,68kg on 24 heat treated euro pallets, 21228.5kg net w
eight
Batch Number: LOT NO: P1400232/4
reference number: E2013-131/P17137/1

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

B/L 951826628

**Europack FDA Reg. No 18389773072**

TCKU9178669  ML-BG0127279  40 DRY 9'6  936 paper bags  21500.000 KGS  34.0000
CBM
Customs Seal :  CB2179112
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

FREIGHT PREPAID

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |



Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## IMPORT INVOICE Number: **Original** 5248783683

| | | | |
|---|---|---|---|
| Bill-to Party : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Invoice Date:<br>Due Date: | 08-29-2014<br>08-29-2014 |
| | | Payment terms: | Payable immediately |
| Attention of: | CP ACCOUNTS PAYABLE | | |
| On behalf of : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Our Contact:<br>Our Telephone: | Adrian Carlos Barrasa<br>1-800-768-8714 |
| Customer No: | US01261560 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 800.00 |
| 0% Non EU services VAT | 0.00 % | 800.00 | 0.00 |
| **Amount Due** | | | **800.00** |

## Bill of Lading Number: 951826628

| | | |
|---|---|---|
| POL: Varna | Place of Receipt: Varna | Vessel/Voyage: MAERSK CHICAGO/1410 |
| POD: Newark | Place of Delivery: Kearny | |
| ETD: 15-Jul-2014 | ETA: 21-Aug-2014 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Heavy Weight Service | 1.000 | BOL | USD | 800.00 | 1.00000 | 800.00 |
| | | | | | Total Due: | 800.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MRKU3579498 | 40/9´6/DRY | CY/SD | 08-Jul-2014 |
| 2 | MRKU3718187 | 40/9´6/DRY | CY/SD | 08-Jul-2014 |
| 3 | PONU7792775 | 40/9´6/DRY | CY/SD | 08-Jul-2014 |
| 4 | TCKU9178669 | 40/9´6/DRY | CY/SD | 08-Jul-2014 |

* Service Contract Number: 756445
* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
* Contact us at MyFinance@maersk.com for more information.
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.

## EXHIBIT "B"

# MAERSK
## LINE

## IMPORT INVOICE Number:  5248783683

For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403
Type of Account: Customer Connections Account

* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136
* PCD = Price Calculation Date is the date on which Maersk Line or one of its authorised agent(s) takes possession of the last
container listed on the Bill of Lading. Pursuant to the Maersk Line tariff and applicable  law on this invoice Maersk Line charges
the rates that were in effect (via contract or Tariff as applicable) on the Price Calculation Date.
* For more information on our surcharges, please visit our website at www.maerskline.com / Services / List of Services,
surcharges and fees



Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

# **Original**

## **IMPORT INVOICE Number: 5248791524**

| | | | |
|---|---|---|---|
| Bill-to Party : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Invoice Date:<br>Due Date: | 09-01-2014<br>09-01-2014 |
| | | Payment terms: | Payable immediately |
| Attention of: | CP ACCOUNTS PAYABLE | | |
| On behalf of : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Our Contact:<br>Our Telephone: | Adrian Carlos Barrasa<br>1-800-768-8714 |
| Customer No: | US01261560 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for Intra-EU or outside EU shipment (transactions reported on EC Sales List)

### **Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 1,204.00 |
| 0% Non EU services VAT | 0.00 % | 1,204.00 | 0.00 |
| **Amount Due** | | | **1,204.00** |

### **Bill of Lading Number: 951826628**

| | | |
|---|---|---|
| POL: Varna | Place of Receipt: Varna | Vessel/Voyage: MAERSK CHICAGO/1410 |
| POD: Newark | Place of Delivery: Kearny | |
| ETD: 15-Jul-2014 | ETA: 21-Aug-2014 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Multi Stop Service | 1.000 | BOL | USD | 1,204.00 | 1.00000 | 1,204.00 |
| | | | | | Total Due: | 1,204.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MRKU3579498 | 40/9´6/DRY | CY/SD | 08-Jul-2014 |
| 2 | MRKU3718187 | 40/9´6/DRY | CY/SD | 08-Jul-2014 |
| 3 | PONU7792775 | 40/9´6/DRY | CY/SD | 08-Jul-2014 |
| 4 | TCKU9178669 | 40/9´6/DRY | CY/SD | 08-Jul-2014 |

* Service Contract Number: 756445
* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
* Contact us at MyFinance@maersk.com for more information.
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.



# MAERSK
## LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## IMPORT INVOICE Number:  5248791524

For electronic payments, please forward your remittance Information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403
Type of Account: Customer Connections Account

* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services – 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136
* PCD = Price Calculation Date is the date on which Maersk Line or one of its authorised agent(s) takes possession of the last container listed on the Bill of Lading. Pursuant to the Maersk Line tariff and applicable  law on this invoice Maersk Line charges the rates that were in effect (via contract or Tariff as applicable) on the Price Calculation Date.
* For more information on our surcharges, please visit our website at www.maerskline.com / Services / List of Services, surcharges and fees



# MAERSK
## LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

**Original**

## DETENTION INVOICE Number: 5249101935

| | | | |
|---|---|---|---|
| Bill-to Party : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Invoice Date:<br>Due Date: | 11-19-2014<br>11-19-2014 |
| | | Payment terms: | Payable immediately |
| Attention of: | CP ACCOUNTS PAYABLE | | |
| On behalf of : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Our Contact:<br>Our Telephone: | Adrian Carlos Barrasa<br>1-800-768-8714 |

Customer No:    US01261560

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 11,625.00 |
| 0% Non EU services VAT | 0.00 % | 11,625.00 | 0.00 |
| **Amount Due** | | | **11,625.00** |

### Bill of Lading Number: 951826628   Your Reference:

| Origin | Destination | Vessel | Voyage |
|---|---|---|---|
| | Place of Delivery: Newark | | |
| ETD: -- | ETA: -- | | |

| Description | Container | Type | Start | End | Qty | UoM | ROE | Total(USD) |
|---|---|---|---|---|---|---|---|---|
| Freetime | | | 08-27-2014 | 09-02-2014 | 7 | | | |
| Detention | TCKU9178669 | 40 DRY | 09-03-2014 | 11-06-2014 | 1 | CNT | 1.00000 | 11,625.00 |

Tier 1: 4 Days x $120.00 = $480.00
Tier 2: 4 Days x $150.00 = $600.00
Tier 3: 57 Days x $185.00 = $10545.00
Loc: NWKSL - Line: M1 - Contract: 756445
Billable Days: 65

| | |
|---|---|
| **Total Due:** | 11,625.00 |

* Service Contract Number:
* Credit cards are now being accepted for demurrage and detention payments
Demurrage – Simply call the Maersk Release Team at 877-699-9444, option #1



EXHIBIT "D"



# DETENTION INVOICE Number:   5249101935

Detention – Simply call the Maersk D&D Team at 877-699-9444, option #5
* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
* Contact us at MyFinance@maersk.com for more information
* Electronic payments:
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.
* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403
Type of Account: Customer Connections Account
* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services – 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136

# MAERSK LINE

| **BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT** | SCAC | **MAEU** |
|---|---|---|
| | B/L No. | **951853139** |

| Shipper | Booking No. |
|---|---|
| Euroconsult Ltd., Zlaten rog Str. 22, floor 2, office 3<br>Sofia<br>1407<br>Bulgaria | **951853139** |

| | Export references | Svc Contract<br>**756445** |
|---|---|---|

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")<br>**TO ORDER** | Notify Party (see clause 22)<br>Atlantix Commodities<br>6701 Bay Park Way<br>Brooklyn, New York<br>11204, USA. |
|---|---|

| Vessel (see clause 1 + 19)<br>**YIGITCAN A** | Voyage No.<br>**1460** | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|

| Port of Loading<br>**Varna** | Port of Discharge<br>**Newark** | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)<br>**Kearny** |
|---|---|---|

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| SHIPPED ON BOARD YIGITCAN A \ 1460 ON 2014-07-23 AT Varna | 24100.000 KGS | 34.0000 CFT |
| 1 Container Said to Contain 1050 paper bags | | |
| hulled sunflower kernels, bakery<br>1050 paper bags x 22,68kg on 21 industrial pallets heat treated, 23814kg<br>net weight<br>Batch Number: LOT NO: P1400232/5<br>reference number: E2013-131/P17137/2<br>Europack FDA Reg. No 18389773072 | | |
| MRKU3744150  ML-BG0127272  40 DRY 9'6  1050 paper bags  24100.000 KGS  34.0000 CFT<br>Shipper Seal : CB2179520 | | |
| 1 Container Said to Contain 1050 paper bags | 53131.405 US LBS | 34.0000 CFT |
| hulled sunflower kernels, bakery<br>1050 paper bags x 22,68kg on 21 industrial pallets heat treated, 23814kg<br>net weight<br>Batch Number: LOT NO: P1400232/6<br>reference number: E2013-131/P17137/3<br>Europack FDA Reg. No 18389773072<br>HS CODE: 120600 | | |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Heavy Weight Service | | | USD | | 400.00 |
| Multi Stop Service | | | USD | | 331.38 |
| Multi Stop Service | | | USD | | 331.38 |
| **Total USD** | | | USD | | **1062.76** |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.<br>**2 containers** | Place of Issue of B/L<br>**Sofia** | SHIPPED, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), such carriage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-26 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and the Merchant's attention is drawn in particular to the Carrier's liberties in respect of on deck stowage (see clause 18) and the carrying vessel (see clause 19). Where the bill of lading is non-negotiable the Carrier may give delivery of the Goods to the named consignee upon reasonable proof of identity and without requiring surrender of an original bill of lading. Where the bill of lading is negotiable, the Merchant is subject to surrender one original, duly endorsed, in exchange for the Goods. The Carrier accepts a duty of reasonable care to check that any such document which the Merchant surrenders as a bill of lading is genuine and original. If the Carrier complies with this duty, it will be entitled to deliver the Goods against surrender of what it reasonably believes to be a genuine and original bill of lading, such delivery discharging the Carrier's delivery obligations. In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped or incorporated on the face or reverse side hereof, as fully as if they were all signed by the Merchant. IN WITNESS WHEREOF the number of original Bills of Lading stated on this side have been signed and wherever one original Bill of Lading has been surrendered any other shall be void. |
|---|---|---|
| Number & Sequence of Original B(s)/L<br>**FOUR/4** | Date of Issue of B/L<br>**2014-07-31** | |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time )<br>**2014-07-23** | |

| Forwarder | Signed for the Carrier Maersk Line A/S |
|---|---|

This transport document has one or more numbered pages

**MAERSK BULGARIA LIMITED**
As Agent(s)

EXHIBIT E

B/L: 951853139                          Page : 2

MRKU4888341  ML-BG0127271  40 DRY 9'6  1050 paper bags  53131.405 US LBS  34.0000 CFT
Shipper Seal : CB2179519
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

FREIGHT PREPAID

CY/SD

| Freight Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |



# MAERSK LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## **Original**

## IMPORT INVOICE Number: **5248826630**

| Bill-to Party : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Invoice Date:<br>Due Date: | 09-09-2014<br>09-09-2014 |
|---|---|---|---|
| | | Payment terms: | Payable immediately |
| Attention of: | CP ACCOUNTS PAYABLE | | |
| On behalf of : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Our Contact:<br>Our Telephone: | Adrian Carlos Barrasa<br>1-800-768-8714 |

Customer No:   US01261560

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 662.76 |
| 0% Non EU services VAT | 0.00 % | 662.76 | 0.00 |
| **Amount Due** | | | **662.76** |

### Bill of Lading Number: 951853139

| POL: Varna | Place of Receipt: Varna | Vessel/Voyage:  MAERSK DETROIT/1410 |
|---|---|---|
| POD: Newark | Place of Delivery: Kearny | |
| ETD: 20-Jul-2014 | ETA: 03-Sep-2014 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Multi Stop Service | 2.000 | BKG | USD | 331.38 | 1.00000 | 662.76 |
| | | | | | **Total Due:** | 662.76 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MRKU3744150 | 40/9´6/DRY | CY/SD | 14-Jul-2014 |
| 2 | MRKU4888341 | 40/9´6/DRY | CY/SD | 14-Jul-2014 |

\* Service Contract Number: 756445
\* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
\* Contact us at MyFinance@maersk.com for more information.
\* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
Account Information:



EXHIBIT "F"

Page 1 of   2

# MAERSK
## LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## IMPORT INVOICE Number:   5248826630

Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403
Type of Account: Customer Connections Account

* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136
* PCD = Price Calculation Date is the date on which Maersk Line or one of its authorised agent(s) takes possession of the last
container listed on the Bill of Lading. Pursuant to the Maersk Line tariff and applicable  law on this invoice Maersk Line charges
the rates that were in effect (via contract or Tariff as applicable) on the Price Calculation Date.
* For more information on our surcharges, please visit our website at www.maerskline.com / Services / List of Services,
surcharges and fees



# MAERSK LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## **Original**
## **IMPORT INVOICE Number: 5248830077**

| Bill-to Party : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Invoice Date:<br>Due Date: | 09-10-2014<br>09-10-2014 |
| --- | --- | --- | --- |
| | | Payment terms: | Payable immediately |
| Attention of: | CP ACCOUNTS PAYABLE | | |
| On behalf of : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Our Contact:<br>Our Telephone: | Adrian Carlos Barrasa<br>1-800-768-8714 |

Customer No:   US01261560

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
| --- | --- | --- | --- |
| Net value | | | 400.00 |
| 0% Non EU services VAT | 0.00 % | 400.00 | 0.00 |
| **Amount Due** | | | **400.00** |

## Bill of Lading Number: 951853139

| POL: Varna | Place of Receipt: Varna | Vessel/Voyage:  MAERSK DETROIT/1410 |
| --- | --- | --- |
| POD: Newark | Place of Delivery: Kearny | |
| ETD:  20-Jul-2014 | ETA: 03-Sep-2014 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
| --- | --- | --- | --- | --- | --- | --- |
| Heavy Weight Service | 1.000 | BKG | USD | 400.00 | 1.00000 | 400.00 |
| | | | | **Total Due:** | | 400.00 |

| No | Container No | | Service | PCD |
| --- | --- | --- | --- | --- |
| 1 | MRKU3744150 | 40/9´6/DRY | CY/SD | 14-Jul-2014 |

* Service Contract Number: 756445
* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
* Contact us at MyFinance@maersk.com for more information.
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403


EXHIBIT "

# MAERSK
## LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

# IMPORT INVOICE Number:   5248830077

Type of Account: Customer Connections Account

* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136
* PCD = Price Calculation Date is the date on which Maersk Line or one of its authorised agent(s) takes possession of the last container listed on the Bill of Lading. Pursuant to the Maersk Line tariff and applicable  law on this invoice Maersk Line charges the rates that were in effect (via contract or Tariff as applicable) on the Price Calculation Date.
* For more information on our surcharges, please visit our website at www.maerskline.com / Services / List of Services, surcharges and fees

# MAERSK LINE

| | BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT | SCAC MAEU |
|---|---|---|
| | | B/L No. 951891998 |

| Shipper | Booking No. |
|---|---|
| Euroconsult Ltd., Zlaten rog Str. 22, floor 2, office 3<br>Sofia<br>1407<br>Bulgaria | 951891998 |
| | Export references | Svc Contract 756445 |
| | Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |

| Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")<br>TO ORDER | Notify Party (see clause 22)<br>Atlantix Commodities<br>6701 Bay Park Way<br>Brooklyn, New York<br>11204, USA. |
|---|---|

| Vessel (see clause 1 + 19)<br>YIGITCAN A | Voyage No.<br>1462 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| Port of Loading<br>Varna | Port of Discharge<br>Newark | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)<br>Kearny |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| SHIPPED ON BOARD YIGITCAN A \ 1462 ON 2014-07-31 AT Varna | 24100.000 KGS | 60.0000 CBM |
| 1 Container Said to Contain 1050 paper bags | | |
| hulled sunflower kernels, bakery<br>1050 paper bags x 22,68kg on 21 industrial pallets heat treated, 23814kg<br>net weight<br>Batch Number: LOT NO: P1400232/7<br>reference number: E2013-131/P17137/4<br>Europack FDA Reg. No 18389773072<br>HS CODE: 120600 | | |
| MSKU1851377  ML-BG0127368  40 DRY 9'6  1050 paper bags  24100.000 KGS  60.0000 CBM<br>Shipper Seal : CB2179386 | | |
| 1 Container Said to Contain 1050 paper bags | 24100.000 KGS | 60.0000 CBM |
| hulled sunflower kernels, bakery<br>1050 paper bags x 22,68kg on 21 industrial pallets heat treated, 23814kg<br>net weight<br>Batch Number: LOT NO: P1400232/8<br>reference number: E2013-131/P17137/5<br>Europack FDA Reg. No 18389773072<br>HS CODE: 120600 | | |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Heavy Weight Service | 400.00 | Per Bill of Lading | USD | | 400.00 |
| Multi Stop Service | 522.00 | Per Bill of Lading | USD | | 522.00 |
| Inland Haulage Waiting Time Fe | | | USD | | 56.25 |
| Total USD | | | USD | | 978.25 |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.<br>2 containers | Place of Issue of B/L<br>Sofia | SHIPPED, as far as ascertained by reasonable means of checking, in apparent good order and condition, unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Delivery (or the Place of Delivery, if mentioned above), such storage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-26 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and the Merchant's attention is drawn in particular to the Carrier's liberties in respect of on deck stowage (see clause 19) and the carrying vessel (see clause 19). Where the bill of lading is non-negotiable the Carrier may give delivery of the Goods to the named consignee upon reasonable proof of identity and without requiring surrender of an original bill of lading. Where the bill of lading is negotiable, the Merchant is obliged to surrender one original, duly endorsed, in exchange for the Goods. The Carrier accepts a duty of reasonable care to check (and) any such document which the Merchant surrenders as a bill of lading is genuine and original. If the Carrier complies with this duty, it will be entitled to deliver the Goods against what it reasonably believes to be a genuine and original bill of lading, such delivery discharging the Carrier's delivery obligation. In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped or incorporated on the face or reverse side hereof, as fully as if they were all signed by the Merchant. IN WITNESS WHEREOF the number of original Bills of Lading stated on this side have been signed and wherever one original Bill of Lading has been surrendered any other shall be void. |
|---|---|---|
| Number & Sequence of Original B(s)/L<br>FOUR/4 | Date of Issue of B/L<br>2014-08-01 | |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time )<br>2014-07-31 | |
| Forwarder | | Signed for the Carrier Maersk Line A/S |
| | | MAERSK BULGARIA LIMITED<br>As Agent(s) |

This transport document has one or more numbered pages

EXHIBIT H

B/L: 951891998                                    Page : 2

MSKU9573740  ML-BG0127594  40 DRY 9'6  1050 paper bags  24100.000 KGS  60.0000
CBM
Shipper Seal : CB2179387
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

FREIGHT PREPAID

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |



**MAERSK LINE**

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

# Original

## IMPORT INVOICE Number: 5248827164

| | | | |
|---|---|---|---|
| Bill-to Party : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Invoice Date:<br>Due Date: | 09-09-2014<br>09-09-2014 |
| | | Payment terms: | Payable immediately |
| Attention of: | CP ACCOUNTS PAYABLE | | |
| On behalf of : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Our Contact:<br>Our Telephone: | Adrian Carlos Barrasa<br>1-800-768-8714 |

Customer No:    US01261560

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 522.00 |
| 0% Non EU services VAT | 0.00 % | 522.00 | 0.00 |
| **Amount Due** | | | **522.00** |

### Bill of Lading Number: 951891998

| | | |
|---|---|---|
| POL: Varna | Place of Receipt: Varna | Vessel/Voyage: MAERSK DETROIT/1410 |
| POD: Newark | Place of Delivery: Kearny | |
| ETD: 31-Jul-2014 | ETA: 03-Sep-2014 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Multi Stop Service | 1.000 | BOL | USD | 522.00 | 1.00000 | 522.00 |
| | | | | | Total Due: | 522.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MSKU1851377 | 40/9´6/DRY | CY/SD | 24-Jul-2014 |
| 2 | MSKU9573740 | 40/9´6/DRY | CY/SD | 24-Jul-2014 |

* Service Contract Number: 756445
* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
* Contact us at MyFinance@maersk.com for more information.
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
Account Information:



Page 1 of   2

# MAERSK LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## IMPORT INVOICE Number:  5248827164

Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403
Type of Account: Customer Connections Account

* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136
* PCD = Price Calculation Date is the date on which Maersk Line or one of its authorised agent(s) takes possession of the last
container listed on the Bill of Lading. Pursuant to the Maersk Line tariff and applicable  law on this invoice Maersk Line charges
the rates that were in effect (via contract or Tariff as applicable) on the Price Calculation Date.
* For more information on our surcharges, please visit our website at www.maerskline.com / Services / List of Services,
surcharges and fees

# MAERSK LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## Original
## IMPORT INVOICE Number: 5248828951

| Bill-to Party : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Invoice Date:<br>Due Date: | 09-10-2014<br>09-10-2014 |
|---|---|---|---|
| | | Payment terms: | Payable immediately |
| Attention of: | CP ACCOUNTS PAYABLE | | |
| On behalf of : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Our Contact:<br>Our Telephone: | Adrian Carlos Barrasa<br>1-800-768-8714 |

Customer No:       US01261560

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 400.00 |
| 0% Non EU services VAT | 0.00 % | 400.00 | 0.00 |
| **Amount Due** | | | **400.00** |

### Bill of Lading Number: 951891998

| POL: Varna | Place of Receipt: Varna | Vessel/Voyage:  MAERSK DETROIT/1410 |
|---|---|---|
| POD: Newark | Place of Delivery: Kearny | |
| ETD: 31-Jul-2014 | ETA: 03-Sep-2014 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Heavy Weight Service | 1.000 | BOL | USD | 400.00 | 1.00000 | 400.00 |
| | | | | | Total Due: | 400.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MSKU1851377 | 40/9´6/DRY | CY/SD | 24-Jul-2014 |
| 2 | MSKU9573740 | 40/9´6/DRY | CY/SD | 24-Jul-2014 |

* Service Contract Number: 756445
* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
* Contact us at MyFinance@maersk.com for more information.
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
Account Information:



EXHIBIT "F"

Page 1 of  2



Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## IMPORT INVOICE Number:  5248828951

Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403
Type of Account: Customer Connections Account

\* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services – 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136
\* PCD = Price Calculation Date is the date on which Maersk Line or one of its authorised agent(s) takes possession of the last
container listed on the Bill of Lading. Pursuant to the Maersk Line tariff and applicable  law on this invoice Maersk Line charges
the rates that were in effect (via contract or Tariff as applicable) on the Price Calculation Date.
\* For more information on our surcharges, please visit our website at www.maerskline.com / Services / List of Services,
surcharges and fees



Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

# Original
## IMPORT INVOICE Number: 5249069177

| Bill-to Party : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Invoice Date:<br>Due Date: | 11-11-2014<br>11-11-2014 |
| --- | --- | --- | --- |
| | | Payment terms: | Payable immediately |
| Attention of: | CP ACCOUNTS PAYABLE | | |
| On behalf of : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 | Our Contact:<br>Our Telephone: | Adrian Carlos Barrasa<br>1-800-768-8714 |
| Customer No: | US01261560 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
| --- | --- | --- | --- |
| Net value | | | 56.25 |
| 0% Non EU services VAT | 0.00 % | 56.25 | 0.00 |
| **Amount Due** | | | **56.25** |

## Bill of Lading Number: 951891998

| POL: Varna | Place of Receipt: Varna | Vessel/Voyage: MAERSK DETROIT/1410 |
| --- | --- | --- |
| POD: Newark | Place of Delivery: Kearny | |
| ETD: 31-Jul-2014 | ETA: 03-Sep-2014 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
| --- | --- | --- | --- | --- | --- | --- |
| Inland Haulage Waiting Time Fee | 1.000 | BKG | USD | 56.25 | 1.00000 | 56.25 |
| | | | | | **Total Due:** | 56.25 |

| No | Container No | | Service | PCD |
| --- | --- | --- | --- | --- |
| 1 | MSKU1851377 | 40/9´6/DRY | CY/SD | 24-Jul-2014 |

* Service Contract Number: 756445
* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
* Contact us at MyFinance@maersk.com for more information.
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403



EXHIBIT "K"



**MAERSK**
**LINE**

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

# IMPORT INVOICE Number:   5249069177

Type of Account: Customer Connections Account

* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136
* PCD = Price Calculation Date is the date on which Maersk Line or one of its authorised agent(s) takes possession of the last
container listed on the Bill of Lading. Pursuant to the Maersk Line tariff and applicable  law on this invoice Maersk Line charges
the rates that were in effect (via contract or Tariff as applicable) on the Price Calculation Date.
* For more information on our surcharges, please visit our website at www.maerskline.com / Services / List of Services,
surcharges and fees

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC **MAEU**

B/L No. **951925359**

| | |
|---|---|
| Shipper<br>Euroconsult Ltd., Zlaten rog Str. 22, floor 2, office 3<br>Sofia<br>1407<br>Bulgaria | Booking No.<br>**951925359** |
| | Export references<br>**756445**<br>SWC Contract |
| | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |
| Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")<br>TO ORDER | Notify Party (see clause 22)<br>Atlantix Commodities<br>6701 Bay Park Way<br>Brooklyn, New York<br>11204, USA. |
| Vessel (see clause 1 + 19)<br>YIGITCAN A | Voyage No.<br>1464 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
| Port of Loading<br>Varna | Port of Discharge<br>Newark | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)<br>Kearny |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| SHIPPED ON BOARD YIGITCAN A \ 1464 ON 2014-08-06 AT Varna<br><br>1 Container Said to Contain 1050 paper bags<br><br>hulled sunflower kernels, bakery<br>1050 paper bags x 22,68kg on 21 industrial pallets heat treated, 23814kg<br>net weight<br>Batch Number: LOT NO: P1400232/10<br>reference number: E2013-131/P17137/6<br>Europack FDA Reg. No 18389773072 | 24100.000 KGS | 60.0000 CBM |
| MSKU1968912  ML-BG0130563  40 DRY 9'6  1050 paper bags  24100.000 KGS  60.0000 CBM<br>Customs Seal : CB2179395<br><br>1 Container Said to Contain 1050 paper bags<br><br>hulled sunflower kernels, bakery<br>1050 paper bags x 22,68kg on 21 industrial pallets heat treated, 23814kg<br>net weight<br>Batch Number: LOT NO: P1400232/9<br>reference number: E2013-131/P17137/6; E2013-56/P17028; E2013-91/P17050/17<br>Europack FDA Reg. No 18389773072<br>HS CODE: 120600 | 24100.000 KGS | 60.0000 CBM |
| Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14) | | |

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Heavy Weight Service | | | USD | | 400.00 |
| Total USD | | | USD | | 400.00 |

| | | |
|---|---|---|
| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.<br>**2 containers** | Place of Issue of B/L<br>**Sofia** | SHIPPED, on be as ascertained by reasonable means of checking in apparent good order and condition unless otherwise stated herein, the total number or quantity of containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), each carriage being always subject to the terms, rights, defences, provisions, conditions, exemptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-26 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and the Merchant's attention is drawn in particular to the Carrier's liberties in respect of on deck storage (see clause 16) and the carrying vessel (see clause 19). Where the bill of lading is non-negotiable the Carrier may give delivery of the Goods to the named consignee upon reasonable proof of identity and without requiring surrender of an original bill of lading. Where the bill of lading is negotiable, the Merchant is obliged to surrender one original, duly endorsed, in exchange for the Goods. The Carrier accepts a duty of reasonable care to check that any such document which the Merchant surrenders as a bill of lading is genuine and original. If the Carrier complies with this duty, it will be entitled to deliver the Goods against what it reasonably believes to be a genuine and original bill of lading, and without discharging the Carrier's delivery obligations. In accepting this bill of lading, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped or otherwise incorporated, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped or otherwise on the face or reverse side hereof, as fully as if they were all signed by the Merchant. IN WITNESS WHEREOF the number of original Bills of Lading stated on this side has been signed and wherever one original Bill of Lading has been surrendered any others shall be void. |
| Number & Sequence of Original B(s)/L<br>**FOUR/4** | Date of Issue of B/L<br>**2014-08-07** | |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time )<br>**2014-08-06** | |
| Forwarder | | Signed for the Carrier Maersk Line A/S |

EXHIBIT

**MAERSK BULGARIA LIMITED**
As Agent(s)

This transport document has one or more numbered pages

PONU8047798  ML-BG0123720  40 DRY 9'6  1050 paper bags  24100.000 KGS  60.0000 CBM
Customs Seal :  CB2179934
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

FREIGHT PREPAID

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

Case 1:15-cv-01775-CBA-MDG   Document 1   Filed 04/02/15   Page 31 of 37 PageID #: 31



# MAERSK LINE

## IMPORT INVOICE Number:

**Original**
**5248951082**

| | |
|---|---|
| Bill-to Party : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 |

| | |
|---|---|
| Invoice Date: | 10-10-2014 |
| Due Date: | 10-10-2014 |
| Payment terms: | Payable immediately |

| | |
|---|---|
| Attention of: | CP ACCOUNTS PAYABLE |
| On behalf of : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 |

| | |
|---|---|
| Our Contact: | Adrian Carlos Barrasa |
| Our Telephone: | 1-800-768-8714 |

Customer No:     US01261560

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 400.00 |
| 0% Non EU services VAT | 0.00 % | 400.00 | 0.00 |
| **Amount Due** | | | **400.00** |

### Bill of Lading Number: 951925359

| | | |
|---|---|---|
| POL: Varna | Place of Receipt: Varna | Vessel/Voyage: MAERSK DENVER/1410 |
| POD: Newark | Place of Delivery: Kearny | |
| ETD: 07-Aug-2014 | ETA: 09-Sep-2014 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Heavy Weight Service | 1.000 | BKG | USD | 400.00 | 1.00000 | 400.00 |
| | | | | Total Due: | | 400.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MSKU1968912 | 40/9´6/DRY | CY/SD | 31-Jul-2014 |

\* Service Contract Number: 756445
\* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
\* Contact us at MyFinance@maersk.com for more information.
\* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403



EXHIBIT "M"

# MAERSK
# LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## IMPORT INVOICE Number:   5248951082

Type of Account: Customer Connections Account

\* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136

# MAERSK LINE

| | BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT | SCAC MAEU |
|---|---|---|
| | | B/L No. 952663825 |

**Shipper**
Euroconsult Ltd., Zlaten rog Str. 22, floor 2, office 3
Sofia
1407
Bulgaria

**Booking No.**
952663825

**Export references**

**Svc Contract**
786967

**Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)**

**Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")**
TO ORDER

**Notify Party (see clause 22)**
Atlantix Commodities
6701 Bay Park Way
Brooklyn, New York
11204, USA.

| Vessel (see clause 1 + 19) | Voyage No. | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| YIGITCAN A | 1500 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
| Varna | Newark | Kearny |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| SHIPPED ON BOARD YIGITCAN A \ 1500 ON 2014-12-25 AT Varna | 24100.000 KGS | 60.0000 CBM |
| 1 Container Said to Contain 1050 paper bags | | |
| hulled sunflower kernels, bakery<br>1050 paper bags x 22,68kg on 21 industrial pallets heat treated, 23814kg net weight<br>Batch Number: LOT NO: P1400257/4<br>reference number: E2014-37/P17750/4<br>Europack FDA Reg. No: 18389773072 | | |
| MRKU2987983 ML-BG0137848 40 DRY 9'6 1050 paper bags 24100.000 KGS 60.0000 CBM<br>Shipper Seal : C82656303 | | |
| 1 Container Said to Contain 1050 paper bags | 24100.000 KGS | 60.0000 CBM |
| hulled sunflower kernels, bakery<br>1050 paper bags x 22,68kg on 21 industrial pallets heat trea ted, 23814kg net weight<br>Batch Number: LOT NO: P1400257/9<br>reference number: E2014-137/P17973/2<br>Europack FDA Reg. No: 18389773072 | | |
| MSKU1204447 ML-BG0137844 40 DRY 9'6 1050 paper bags 24100.000 KGS 60.0000 | | |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Heavy Weight Service | | | USD | | 900.00 |
| Inland Haulage Waiting Time F | | | USD | | 150.00 |
| Total USD | | | USD | | 1050.00 |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L | SHIPPED... |
|---|---|---|
| 4 containers | Sofia | |
| Number & Sequence of Original B(s)/L | Date of Issue of B/L | |
| FOUR/4 | 2014-12-25 | |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time ) | |
| | 2014-12-25 | |

**Forwarder**

Signed for the Carrier Maersk Line A/S

This transport document has one or more numbered pages

MAERSK BULGARIA LIMITED
As Agent(s)

EXHIBIT "N"

B/L: 952663825                                    Page : 2

**CBM**
**Customs Seal :  CB2656327**

                                              24100.000 KGS     60.0000 CBM

**1 Container Said to Contain 1050 paper bags**

**hulled sunflower kernels, bakery**
1050 paper bags x 22,68kg on 21 industrial pallets heat
treated, 23814kg net weight
Batch Number: LOT NO: P1400257/10
reference number: E2014-137/P17973/3
Europack FDA Reg. No: 18389773072

MSKU8009273  ML-BG0137819  40 DRY 9'6  1050 paper bags  24100.000 KGS  60.0000
CBM
**Shipper Seal :  CB2655127**

                                              24100.000 KGS     60.0000 CBM

**1 Container Said to Contain 1050 paper bags**

**hulled sunflower kernels, bakery**
1050 paper bags x 22,68kg on 21 industrial pallets heat
treated, 23814kg net weight
Batch Number: LOT NO: P1400257/8
reference number: E2014-137/P17973/1
Europack FDA Reg. No: 18389773072

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

B/L: 952663825

**MSKU9020493  ML-8G0137946  40 DRY 9'6  1050 paper bags  24100.000 KGS  60.0000 CBM**
**Customs Seal :  CB2655890**
**SHIPPER'S LOAD, STOW, WEIGHT AND COUNT**

FREIGHT PREPAID

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |



Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

# IMPORT INVOICE Number:

**Original**
**5249361593**

| | |
|---|---|
| Bill-to Party : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 |

| | |
|---|---|
| Invoice Date: | 01-30-2015 |
| Due Date: | 02-03-2015 |
| Payment terms: | Payable immediately |

| | |
|---|---|
| Attention of: | CP ACCOUNTS PAYABLE |
| On behalf of : | ATLANTIX COMMODITIES<br>6701 BAY PKWY<br>BROOKLYN NY 11204 |

| | |
|---|---|
| Our Contact: | Duco, Joanna Renee |
| Our Telephone: | 1-1-800-790-5277 |

| | |
|---|---|
| Customer No: | US01261560 |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 900.00 |
| 0% Non EU services VAT | 0.00 % | 900.00 | 0.00 |
| **Amount Due** | | | **900.00** |

## Bill of Lading Number: 952663825

| | | |
|---|---|---|
| POL: Varna | Place of Receipt: Varna | Vessel/Voyage: MAERSK COLUMBUS/1502 |
| POD: Newark | Place of Delivery: Kearny | |
| ETD: 25-Dec-2014 | ETA: 03-Feb-2015 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Heavy Weight Service | 1.000 | BKG | USD | 900.00 | 1.00000 | 900.00 |
| | | | | | **Total Due:** | 900.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MSKU1204447 | 40/9´6/DRY | CY/SD | 22-Dec-2014 |

* Service Contract Number: 786967
* View, print, dispute and pay your invoices in full in MyFinance at www.maerskline.com
* Contact us at MyFinance@maersk.com for more information.
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403



Page 1 of   2

# MAERSK
# LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## IMPORT INVOICE Number:   5249361593

Type of Account: Customer Connections Account

* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services – 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136
* PCD = Price Calculation Date is the date on which Maersk Line or one of its authorised agent(s) takes possession of the last container listed on the Bill of Lading. Pursuant to the Maersk Line tariff and applicable  law on this invoice Maersk Line charges the rates that were in effect (via contract or Tariff as applicable) on the Price Calculation Date.
* For more information on our surcharges, please visit our website at www.maerskline.com / Services / List of Services, surcharges and fees